

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2014

No. 04-13-00346-CR

Jassen **BARNES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR9420
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Appellant's brief was originally due on October 31, 2013. Appellant is represented on appeal by retained counsel, Ms. Suzanne M. Kramer. On November 4, 2013, this court notified Ms. Kramer, by letter, that the brief was late and instructed her to provide this court, within ten days of our letter, with a reasonable explanation for failing to timely file the brief. Ms. Kramer did not respond. Accordingly, on November 18, 2013, this court ordered Ms. Kramer to file appellant's brief in this court no later December 2, 2013. Our order cautioned Ms. Kramer that if she did not file appellant's brief by December 2, 2013, this cause would be abated for the trial court to conduct an abandonment hearing. Ms. Kramer did not respond.

Accordingly, on December 9, 2013, this court abated this appeal and remanded the case to the trial court to conduct a hearing to determine whether:

(1) appellant desires to prosecute his appeal;

(2) appellant has made the necessary arrangements for filing a brief; and

(3) counsel has abandoned the appeal.

The trial court has filed its findings of fact and determined appellant desires to prosecute the appeal and Ms. Kramer has not abandoned the appeal. Ms. Kramer stated on the record she would file appellant's brief no later than January 13, 2014. The brief has not been filed and telephone calls from the Clerk of this court to Ms. Kramer have not been returned.

Accordingly, Ms. Kramer is hereby ORDERED to appear on February 12, 2014 at 2:00 p.m. before a panel consisting of Justice Marion, Justice Barnard, and Justice Martinez, and show cause why she should not be held in civil and criminal contempt of this court and/or suspended from practice before this court for violating this court's orders to timely file appellant's brief.

Ms. Kramer is advised she has the right to be represented by counsel at the show cause hearing and that the proceedings will be recorded by a certified court reporter.

We further ORDER the Clerk of this court to have Ms. Kramer personally served with a copy of this order. We also Order the person who personally serves Ms. Kramer to file with this Court written proof of the date and time that Ms. Kramer was served with a copy of this order. The Clerk of this court shall also fax a copy of this order to the Honorable Maria Teresa Herr, presiding judge of the 186th Judicial District Court, Bexar County, Texas.

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2014.

Keith E. Hottle
Clerk of Court